Filed for Record
2/18/2015 10:44:29 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
65767
Kelley Hanson, Deputy

## CAUSE NO. 65767

| | | |
|---|---|---|
| **JAS FAMILY LIMITED PARTNERSHIP#4, LTD.** | § | **IN THE DISTRICT COURT** |
| | § | FILED IN |
| | § | 1st COURT OF APPEALS |
| **VS.** | § | **BRAZORIA COUNTY, TEXAS**, TEXAS |
| | § | 3/27/2015 9:07:15 AM |
| **PAULA M. MILLER** | § | **149TH JUDICIAL DISTRICT**HER A. PRINE |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 9:07:15 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Petitioner, PAULA M. MILLER, pursuant to Texas Rules of Appellate Procedure files this Notice of Appeal as follows:

Please take notice that Petitioner desires to appeal to the Fourteenth Court of Appeals the following order:

1. Order on Motion for Emergency Relief entered and signed on January 27, 2015, in the 149th Judicial District Court, Brazoria County, Texas.

This notice of appeal is being filed by Petitioner, Paula M. Miller, pro se.

Respectfully submitted,

*Paula M. Miller*
_____
PAULA M. MILLER
P.O. BOX 981013
HOUSTON, TX 77098
PH: 281.571.3446
FAX: 801.618.1656
PRO SE'

## CERTIFICATE OF SERVICE

I certify that, on February 18, 2015, I served a copy of this motion by Fax, on the following:

Michael M. Phillips
Via Fax 979.849.1409

*Paula M. Miller*
_____
PAULA M. MILLER
PRO SE